CARL GOEPEL and Others, Composing the Firm of SCHULZ & RUCKGABER, Respondents, v. LEOPOLD ZIMMERMANN and Others, Composing the Firm of ZIMMERMANN & FORSHAY, Respondents.— Order affirmed, with ten dollars costs and disbursements, with leave to defendants to withdraw demurrer and to answer on payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

ZETA P. JUDD, Appellant, v. ABRAHAM L. ERLANGER, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

THE INTERMOUNTAIN RAILWAY, LIGHT AND POWER COMPANY, Respondent, v. JOHN E. LIGGETT and Others, Appellants, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements, with leave to defendants to withdraw demurrers and to answer on payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

BALLARD & GREENE, INC., Appellant, v. FARRON S. BETTS, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

ROSE PILLOT, Respondent, v. ADOLPH KLEIN, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

HENRY B. BRITTON, Individually and as Surviving Partner of CHARLES P. BRITTON & Co., Respondent, v. ALBERT STAMFORD and Others, as Executors, etc., of HENRY P. STAMFORD, Deceased, Appellants.— Judgment and order affirmed, with costs. The question of the right to award costs herein having been raised for the first time upon appeal, and no objection having been taken prior thereto by appropriate motion, it is too late to raise the question now. (Cunningham v. Hewitt, 84 App. Div. 114; affd., 177 N. Y. 541.) Present — Clarke, P. J., Laughlin, Smith, Page and Greenbaum, JJ.

LOUISE C. NASH, Appellant, v. T. J. OAKLEY RHINELANDER and Another, Respondents.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Greenbaum, JJ.

WILLIAM F. WILMOTH, Respondent, v. NATIONAL BISCUIT COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HILDA WESER and Others, Appellants.— Judgment affirmed. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Greenbaum, JJ.; Smith, J., dissenting.